**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE WILKERSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br><br>        Defendant. | Case No. 2:21-cv-08961-JFW-KSx<br><br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal with Prejudice filed by the parties, IT IS HEREBY ORDERED that Plaintiff's causes of action against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC are dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Date: May 24, 2022

Honorable John F. Walter
United States District Judge

1